# EXHIBIT A

# DECLARATION OF KCHANG PEN

I, Kchang Pen, swear that the following is true and correct to the best of my knowledge:

1. I was born in Battambang, Cambodia on November 29, 1976.
2. I lived with my father, mother, and younger brother in Cambodia. My father worked as a corrections officer at a prison. Because of his work for the government, the Khmer Rouge was trying to kill him.
3. We had to escape as soon as we could. We fled during the night. It was a difficult journey, and I remember we traveled through water. I was only five years old.
4. I came to the United States in September of 1981 as a Refugee and I was given a green card, which had no expiration date.
5. My family was sponsored by a church, and later, by a couple from New Hampshire.
6. I spent some time in California but have lived most of my life in Massachusetts.
7. After I graduated from Dracut High School in 1995, I started working as a Personal Care Attendant for a local family.
8. In January 1998, I was convicted of larceny from a person. I had been held on bail for approximately 18 months prior to my conviction. Then, I served the rest of my time.
9. After being released, I was transferred to immigration detention in Hillsborough County, New Hampshire. I was there for approximately two weeks and then was released on bond.
10. I also completed five years of probation, which I never violated.
11. On December 15, 1998, I was ordered removed by an Immigration Judge.
12. My previous immigration lawyer never filed an appeal, so I was re-detained by immigration. I was held in Cranston, Rhode Island for approximately 2.5 months.
13. In May 2001, I was placed under an Order of Supervision ("OSUP").
14. I have been reporting to ICE as directed and faithfully complying with my OSUP since then. I always went for the supervision appointments on time and was usually there early.
15. When COVID started, ICE instructed me to check in by email, and I had been checking in by email, as instructed, until January of this year. When I emailed on

January 7, 2026, I was told that reporting by email was no longer permitted and that I should come to their office.

16. I went to do my in-person check-in on January 16, 2026.
17. On that day, the ICE officer said I was a member of a class action lawsuit, which required ICE to give Cambodians with orders of deportation 14-day notice before detaining them. So that's what they did: They gave a notice to me when I was there and told me to return to their office on February 2, 2026. They didn't give me any more information, besides the fact that I will get detained the next time I go in.
18. I asked how long I would be detained, and the officer said, "It depends on how long it will take." They said they would keep me in detention until they get my travel documents. And if they couldn't get the travel documents, they would release me back on supervision.
19. I am very worried about what will happen if I am detained and especially if I am sent back to Cambodia. I am afraid for my own health and safety and am even more worried about my family.
20. I have not been back to Cambodia since I left for the U.S. in 1981.
21. To my knowledge, I have never had any documents from Cambodia, such as a passport or birth certificate.
22. I also do not have any relatives currently living in Cambodia.
23. I speak some Khmer, but I cannot read or write it. Sometimes, I even have difficulty speaking because of the complexities of the language.
24. I am very concerned about the violence inflicted upon people from the U.S. in Cambodia.
25. Some of my friends were deported to Cambodia a few years ago. They said that when they arrived, they were put in a halfway house before being evaluated to determine whether they could be independent.
26. They faced violence, including robberies. They were targeted especially because they were from the U.S. They would know immediately that I too am from the U.S. because of how I look and dress and talk.
27. When I first came to the United States, I was with parents and younger brother, Kchao. Both of my parents have since passed away.

28. I have several half-siblings, with whom I share a father. They all live in the United States.
29. I am closest to Kchao, since we grew up together with our parents. He also lives in Lowell, and we try to spend time together when we can.
30. I am engaged to a U.S. citizen, Susan. We have been together since 1999, and she is like my wife. The only reason we are not married is because I have been unable to get a license or state ID. I would love to marry her someday.
31. Susan has health issues, such as diabetes, anxiety, and shortness of breath. She has been on medication since our children were born. I take care of her whenever she needs help.
32. We have two U.S. citizen children together, Dylan and Darren, who are now 22 and 23 years old. The four of us all live together in Lowell.
33. Both of our children graduated high school and are now working, but they suffer from anxiety and panic attacks. I also help take care of them whenever they need it.
34. I have my own medical concerns, but I try to stay healthy for my family. I had a total knee replacement around 2004 and gastric bypass surgery. I was ordered to take over-the-counter supplements every day for my gastric issues.
35. Even though my family members have jobs, I am the primary breadwinner. I pay the majority of household expenses, including our rent, bills, and food.
36. I work at Trans Form Plastics in Danvers in fabrication and operations. I love my job and have been there for around eight years. I go early, I work hard, and I do whatever I can to help my bosses when they ask. I often work six days a week and I always seek out overtime.
37. I am concerned about my family's ability to support themselves if I were deported. I am worried they will become homeless without my income.
38. I also cook, clean, do yardwork, and shovel snow. I have a good relationship with our landlord, and sometimes, he takes money off the rent when I help with the yardwork.
39. I belong to a Cambodian temple here in Lowell and I go every week. I used to go to a Baptist church in California. I would attend every Sunday and even volunteered my time to help as a parking attendant. When I can, I still donate money to a charity associated with the church. I am trying to find a new church here with my fiancée.

40. I really have changed a lot since my conviction. I regret what I did and I don't want to be like that anymore. I have matured a lot. I haven't gotten in any trouble since then. I'm sad that my family must suffer based on something I did a long time ago.

Signed under the penalties of perjury, this 2nd day of February 2026.

_/s/ Kchang Pen_____

Kchang Pen