# EXHIBIT C

**United States Department of Homeland Security**
**Immigration & Customs Enforcement**
**Enforcement and Removal Operations**
1000 District Avenue
Burlington, MA 01803

A025 282 865

Kchang Pen
66 Hollis St
Lowell, MA 01851

January 16, 2026

**NOTICE TO REMOVABLE ALIEN**

To Mr. Pen,

You are a national and citizen of Cambodia. The United States District Court Central District of California Southern Division issued a permanent injunction on Case No.: SACV 17-01898-CJC(GJSx). The Class Action Settlement requires that ICE provide Cambodian citizens a 14 days' notice before it re-detains them for purposes of removal to Cambodia. Under the temporary restraining order, notice "must include copies of (1) the class member's charging documents in immigration court, (2) the removal order, and (3) the criminal conviction records upon which the removal order rests." These documents are attached.

You are subject to a final removal order. U.S. Immigration and Customs Enforcement (ICE) intends to re-detain you for the execution of your final removal order and removal to Cambodia no earlier than 14 days from the date of this Notice. ICE intends to remove you to Cambodia.

R. Messier, Deportation Officer

1/16/2026
Date