# EXHIBIT E

**U.S. Department of Justice**
Immigration and Naturalization Service

*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

*May 17, 2001*

Kchan Pen
C/O ACI Cranston
1 Howard Avenue
Cranston, Rhode Island 02920

A25 282 865

617-565-3304
INS/BOSTON
DUTY OFFICER

## Decision of Post Order Custody Review - Release

You are currently detained in the custody of the Immigration and Naturalization Service (INS). To date, the INS has been unable to remove you from the United States as ordered on January 16, 2001.

Upon review of your case, the INS has concluded that you **may** be eligible for release from INS custody pending your removal from the United States. This possible release does **not** effect the foregoing order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond which you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

**Prior** to your actual release from custody, an immigration officer will need to verify any sponsorship or employment offers presented to you. If you have not done so already, please forward additional verifiable information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release. Further, you must submit a legitimate offer of employment (subject to verification by an INS Officer) which states where you will be working.

It will be particularly important that you keep the INS advised of your address **at all times**. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. You are required by law to cooperate in that effort. If we are successful in obtaining those documents, you will be required to surrender to the INS for removal. You will, at that time, be given an opportunity to prepare for an orderly departure. *Failure to report as directed will result in your case being forwarded to the Fugitive Operations Division where you are subject to being taken into custody and removed at any time.*

Signature of District Director/Designated Representative

5/22/01
Date

All correspondence to: U.S. Immigration Service-JFK Federal Building, Room 1775, Boston, Mass. 02203
Attn: Deportation Officer

Alien