# EXHIBIT H

Custom Forming and Fabrication of Plastic Sheet
trans form plastics corp.
45 Prince Street Danvers, MA 01923

To whom it may concern,

Hello, my name is John Perkins, I am the Plant Manager for TransForm Plastics/DV Die. Kchang Pen has been with our company for about 7 years and he continues to be a very important part of our team. Kachang's attention to detail how to manage increased order volumes, meet tight deadlines, and maintain accuracy. "During the peak ordering period for the Lunar New Year, Kchang consistently processes high volumes of customer orders with remarkable speed and accuracy, ensuring timely delivery and customer satisfaction. This is a skill that has taken several years to develop and Kchang Pen has exceeded. Not having Kchang Pen and his leadership during this very busy time, the team will have a very difficult time trying to fill customer orders. As a team we would sincerely appreciate your consideration to let Kchang Pen continue his employment with DV Die/ TransForm Plastics while he continues to get his paperwork in order.

Warm Regards,

John Perkins

Custom Forming and Fabrication of Plastic Sheet

trans form plastics corp.

45 Prince Street Danvers, Ma. 01923 (978) 777-1440
Fax (978) 774-5430

To Whom It May Concern,

I am writing to provide a character reference for my employee Kchang Pen. I have had the privilege of knowing Kchang for the past 8 years and I can confidently say he is one of the most dependable, hardworking and kindest individuals I have ever known. Throughout the past 8 years Kchang has consistently demonstrated his unwavering commitment to his family, coworkers and community.

Kchang is not only a dedicated member of Trans Form Plastics. As a leader at Trans Form Plastics, he is known for his meticulous attention to detail and his ability to foster strong relationships with both his team and clients. His ability to remain calm under pressure and solve problems effectively has earned him the trust and admiration of coworkers and superiors alike.

Kchangs commitment to help other coworkers speaks volumes about his character and the positive impact he has on those around him.

In conclusion, I can say with certainty Kchang is a person of exceptional integrity, compassion and dedication. I wholeheartedly recommend him for any opportunity he is pursuing. If you require further information please feel free to contact me.

Sincerely,

John Perkins

jperkins@transformplastics.com

PH: 978-777-1440

Custom Forming and Fabrication of Plastic Sheet

trans form plastics corp.

45 Prince Street Danvers, Ma. 01923 (978) 777-1440
Fax (978) 774-5430

To Whom It May Concern,

I am writing this letter with regard to Kchang Pen, a longtime employee of my family business. We have been lucky to have Kchang as an employee for several years here at Trans Form Plastics. His time here has been a great experience, and he is a model employee with a great attitude, the willingness to learn new tasks and his attendance is excellent.

We consider Kchang a crucial part of the team here at Trans Form Plastics because he works well with others and communicates well with his supervisors when he can help improve processes. He also has a great ability to help others in the shop.

Kchang is a trusted member of the staff here and I would love to answer any questions you may have moving forward.

Sincerely,

Eric Varney
President
Trans Form Plastic Inc.
978-777-1440

THE COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT FOR MIDDLESEX COUNTY
PROBATION OFFICE
COURT HOUSE CAMBRIDGE, MASS. 02141

JOYCE E. COLEMAN
CHIEF PROBATION OFFICER

TEL. 617-494-4174
FAX 617-225-0844

Mr. Steven J. Farquharson, District Director INS
c/o Mr. Greenfield- ATTN POCR
427 Commercial Street, Building 8
Boston, MA 02109

RE: Brian Pen (A.K.A. Kchang Pen) A25 282 865

Mr. Pen was placed on probation 9/21/98, in Middlesex Superior Court, and is due to terminate on 9/21/01. I have actively supervised Mr. Pen since 4/14/99 and during that time he has proven to be a model probationer. I have never known Mr. Pen to be a violent person and am currently supervising him at our least restrictive supervision level. Mr. Pen is due to terminate his probation on 9/21/01 and at the present time, I see no reason for supervision to be prolonged. I do not see Mr. Pen as a threat to society.

Sincerely,

[signature]

Craig J. O'Leary
Probation Officer
Middlesex Superior Court
40 Thorndike St.
Cambridge, MA 02141
(617) 494-4165 ext. 4815

EXHIBIT
5