# EXHIBIT P

# SUPPLEMENTAL AFFIDAVIT OF EILEEN L. MORRISON

I, Eileen L. Morrison, state the following to be true to the best of my knowledge, information, and belief:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I incorporate my qualifications as listed in my first affidavit.

3. I am aware that Dr. Floyd C. Cleveland, Assistant Field Office Director for U.S. Department of Homeland Security, has alleged in an affidavit that "[a]liens typically need to be detained in ICE custody for the interview to be conducted."

4. I do not agree that this is a "need." Rather, I believe this is the *preference* of the Department of Homeland Security.

5. I state this because I am aware that Cambodian nationals on OSUP have been able to travel on their own to Washington, D.C. to have an in-person interview at the Cambodian Embassy there. This has been done while the person is out of custody.

6. Additionally, during the COVID-19 pandemic, interviews with detained persons began to take place over video (either through Zoom or WebEx). I am aware that prior to the pandemic, the interviews were typically done in-person. However, the practice of video interviews has remained even after the end of the COVID-19 pandemic and continues to present. There is no reason why a Cambodian national on OSUP would need to be detained in order to participate in a video interview.

Signed under the pains and penalties of perjury this _9th_ day of March 2026.

_/s/ *Eileen L. Morrison*_____________

Eileen L. Morrison (BBO #694208)