# EXHIBIT Q

**U.S. Immigration and Customs Enforcement (ICE)**
**Enforcement and Removal Operations (ERO)**
November 2024

**Question:** How many individuals on the non-detained docket have final orders of removal? Please provide the data broken down by nationality and categories of reasons that make it difficult to remove to specific countries (e.g., withholdings and convention against torture protections)?

**Response:** As of November 24, 2024, there are 1,445,549 noncitizens on ICE's non-detained docket with final orders of removal. Please see the following chart for a breakdown by country of citizenship:

**Noncitizens on the ICE Non-Detained Docket with Final Orders of Removal by Country of Citizenship**

| Citizenship Country | Totals |
|---|---|
| Afghanistan | 1,708 |
| Albania | 1,874 |
| Algeria | 306 |
| Angola | 662 |
| Antigua-Barbuda | 110 |
| Argentina | 1,148 |
| Armenia | 2,808 |
| Aruba | 2 |
| Australia | 261 |
| Austria | 60 |
| Azerbaijan | 709 |
| Bahamas | 426 |
| Bahrain | 17 |
| Bangladesh | 4,837 |
| Barbados | 151 |
| Belarus | 323 |
| Belgium | 46 |
| Belize | 899 |
| Benin | 102 |
| Bermuda | 10 |
| Bhutan | 122 |
| Bolivia | 1,366 |
| Bosnia-Herzegovina | 166 |
| Botswana | 12 |

| | |
|---|---|
| Brazil | 38,677 |
| British Virgin Islands | 5 |
| Brunei | 4 |
| Bulgaria | 727 |
| Burkina Faso | 303 |
| Burma | 679 |
| Burundi | 462 |
| Cambodia | 1,747 |
| Cameroon | 1,736 |
| Canada | 1,290 |
| Cape Verde | 314 |
| Cayman Islands | 2 |
| Central African Republic | 82 |
| Chad | 169 |
| Chile | 1,137 |
| China, Peoples Republic of | 37,908 |
| Colombia | 27,388 |
| Comoros | 3 |
| Congo | 795 |
| Costa Rica | 2,116 |
| Croatia | 126 |
| Cuba | 42,084 |
| Cyprus | 14 |
| Czech Republic | 100 |
| Czechoslovakia | 254 |
| Democratic Republic of the Congo | 1,068 |
| Denmark | 45 |
| Djibouti | 29 |
| Dominica | 104 |
| Dominican Republic | 12,699 |
| Ecuador | 31,252 |
| Egypt | 1,461 |
| El Salvador | 203,822 |
| Equatorial Guinea | 20 |
| Eritrea | 973 |
| Estonia | 94 |
| Eswatini | 6 |
| Ethiopia | 1,713 |
| Fiji | 353 |

| | |
|---|---|
| Finland | 22 |
| France | 402 |
| French Guiana | 6 |
| French Polynesia | 2 |
| Gabon | 60 |
| Gambia | 1,035 |
| Georgia | 833 |
| Germany | 571 |
| Ghana | 3,228 |
| Greece | 211 |
| Grenada | 149 |
| Guadeloupe | 12 |
| Guatemala | 253,413 |
| Guinea | 1,897 |
| Guinea-Bissau | 48 |
| Guyana | 1,236 |
| Haiti | 32,363 |
| Honduras | 261,651 |
| Hong Kong | 122 |
| Hungary | 294 |
| Iceland | 5 |
| India | 17,940 |
| Indonesia | 4,276 |
| Iran | 2,618 |
| Iraq | 1,299 |
| Ireland | 171 |
| Israel | 1,148 |
| Italy | 355 |
| Ivory Coast | 1,224 |
| Jamaica | 5,120 |
| Japan | 281 |
| Jordan | 1,660 |
| Kazakhstan | 369 |
| Kenya | 1,282 |
| Kiribati | 3 |
| Korea | 1,229 |
| Kosovo | 118 |
| Kuwait | 146 |
| Kyrgyzstan | 319 |

| | |
|---|---|
| Laos | 4,850 |
| Latvia | 125 |
| Lebanon | 1,055 |
| Lesotho | 11 |
| Liberia | 1,563 |
| Libya | 89 |
| Liechtenstein | 1 |
| Lithuania | 259 |
| Macau | 2 |
| Madagascar | 5 |
| Malawi | 56 |
| Malaysia | 435 |
| Mali | 929 |
| Malta | 8 |
| Marshall Islands | 39 |
| Mauritania | 3,822 |
| Mauritius | 15 |
| Mexico | 252,044 |
| Micronesia, Federated States of | 72 |
| Moldova | 279 |
| Monaco | 1 |
| Mongolia | 461 |
| Montenegro | 68 |
| Montserrat | 8 |
| Morocco | 495 |
| Mozambique | 14 |
| Namibia | 19 |
| Nepal | 1,365 |
| Netherlands | 184 |
| Netherlands Antilles | 6 |
| New Zealand | 166 |
| Nicaragua | 45,995 |
| Niger | 642 |
| Nigeria | 3,690 |
| North Korea | 3 |
| North Macedonia | 341 |
| Norway | 39 |
| Oman | 6 |
| Pakistan | 7,760 |

| | |
|---|---|
| Palau | 8 |
| Panama | 662 |
| Papua New Guinea | 5 |
| Paraguay | 197 |
| Peru | 13,769 |
| Philippines | 3,772 |
| Poland | 2,303 |
| Portugal | 360 |
| Qatar | 10 |
| Romania | 4,445 |
| Russia | 3,518 |
| Rwanda | 338 |
| Samoa | 57 |
| San Marino | 2 |
| Sao Tome and Principe | 1 |
| Saudi Arabia | 337 |
| Senegal | 1,689 |
| Serbia | 50 |
| Serbia and Montenegro | 64 |
| Seychelles | 4 |
| Sierra Leone | 1,563 |
| Singapore | 111 |
| Slovakia | 131 |
| Slovenia | 16 |
| Solomon Islands | 3 |
| Somalia | 4,090 |
| South Africa | 379 |
| South Korea | 837 |
| South Sudan | 136 |
| Spain | 364 |
| Sri Lanka | 3,065 |
| St. Kitts-Nevis | 68 |
| St. Lucia | 202 |
| St. Pierre and Miquelon | 1 |
| St. Vincent-Grenadines | 127 |
| Sudan | 1,012 |
| Suriname | 137 |
| Sweden | 120 |
| Switzerland | 60 |

| | |
|---|---|
| Syria | 741 |
| Taiwan | 392 |
| Tajikistan | 149 |
| Tanzania | 301 |
| Thailand | 619 |
| Togo | 427 |
| Tonga | 151 |
| Trinidad and Tobago | 1,197 |
| Tunisia | 160 |
| Türkiye | 3,103 |
| Turkmenistan | 40 |
| Turks and Caicos Islands | 25 |
| Tuvalu | 1 |
| Uganda | 393 |
| Ukraine | 1,862 |
| United Arab Emirates | 21 |
| United Kingdom | 1,157 |
| Unknown | 1,451 |
| Uruguay | 365 |
| USSR | 337 |
| Uzbekistan | 975 |
| Vanuatu | 1 |
| Venezuela | 22,749 |
| Vietnam | 8,675 |
| Yemen | 558 |
| Yugoslavia | 845 |
| Zambia | 174 |
| Zimbabwe | 545 |
| **Total** | **1,445,549** |

ICE is unable to provide a list of case-specific reasons why the agency is unable to remove certain noncitizens on the non-detained docket with final orders. There are several reasons why ICE is unable to effectuate removals. Under Title 8 of the U.S. Code, ICE may remove noncitizens from the United States who are subject to final orders of removal issued by an immigration judge or other lawful orders, including those processed under expedited removal who either have not claimed a fear of return or received a negative credible fear determination affirmed by an immigration judge. However, this does not guarantee every person seeking to remain in the United States will be able to do so. There are several reasons ICE may not be able to effectuate the removal of a noncitizen with a final order of removal.

Noncitizens may pursue a form of relief or protection from removal, which may include asylum,[1] withholding of removal,[2] or protection under the Convention Against Torture.[3] If a noncitizen is granted any form of relief from removal, ICE is unable to effectuate the removal.

Additionally, ICE works to remove undocumented noncitizens from the United States once they are subject to final orders of removal in a timely manner. The U.S. Government believes every country is obligated to accept the return of its citizens and nationals who are ineligible to remain in the United States. Lack of cooperation from the foreign government delays and, in many cases, inhibits the removal process. The U.S. Government requests foreign governments take appropriate steps to confirm the citizenship of noncitizens suspected to be their nationals, which include conducting interviews, issuing travel documents in a timely manner, and accepting the physical return of their nationals by scheduled commercial or charter flights consistent with ICE and/or foreign government removal guidelines. Lack of cooperation from countries in accepting the return of their nationals may lead to ICE classifying those countries as uncooperative or at-risk of non-compliance.[4] Currently, ICE considers 15 countries to be uncooperative: Bhutan, Burma, Cuba, Democratic Republic of the Congo, Eritrea, Ethiopia, Hong Kong, India, Iran, Laos, Pakistan, People's Republic of China, Russia, Somalia, and Venezuela. ICE considers 11 countries to be at risk of non-compliance: Bosnia-Herzegovina, Burkina Faso, Cambodia, Gabon, Gambia, Iraq, Jamaica, Nicaragua, South Sudan, St. Lucia, and Vietnam.

---

[1] Asylum status is a form of protection available to people who meet the definition of refugee and are already in the United States or are seeking admission at a port of entry.

[2] Withholding of removal is a form of relief from deportation that allows noncitizens to remain in the United States if they would face persecution in their home country. It's an alternative to asylum, which is another way to avoid deportation. To be granted withholding of removal, applicants must meet a higher standard of proof than for asylum. To be eligible, applicants must demonstrate that they are more likely than not to face persecution if returned to their home country and show that the persecution would be due to their race, religion, nationality, political opinion, or membership of a particular social group. If a noncitizen is granted withholding of removal, the applicant can remain and work lawfully in the United States for an indefinite period.

[3] Withholding of removal under the Convention Against Torture (CAT) is a mandatory form of protection that prevents the deportation of noncitizens to countries where they would likely face torture. To be eligible, applicants must demonstrate that they are more likely than not to be tortured if returned to their home country.

[4] Factors that could lead to a country being classified as uncooperative include hindering ICE's removal efforts by refusing to conduct consular interviews when necessary; refusing to accept charter removal missions; having an unacceptable ratio of releases when compared to removals and/or unacceptable average time from executable final order of removal to removal; and/or denying or delaying issuance of travel documents, such as passports. At Risk of Non-Compliance countries accept removals, but they fail to meet one or more cooperative country criteria, which may include delaying the issuance of travel documents; refusing to accept certain categories of their nationals; or not accepting accepted chartered removal flights.